IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| EDWARD DAVIS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-749-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Edward Davis is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income benefits under Title XVI of the Social Security Act. On July 2, 2010, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until July 22, 2010, in which to file and serve objections. Neither party filed an objection. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the applicable legal authorities, the court has

decided to adopt the Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to supplemental security income benefits under Title XVI of the Social Security Act be, and is hereby, affirmed.

SIGNED July 26, 2010.

_____
JOHN McBRYDE
United States District Judge